IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| 1547990 ONTARIO LTD., a foreign corporation,<br><br>        Plaintiff,<br><br>vs.<br><br>CINCH, LLC, CENTRAL PLAINS MILLING, LLC, IHOG ENTERPRISES, LLC, NEBRASKA VETERINARY SERVICES, LLC, AND DENNIS NUTTELMAN,<br><br>        Defendants. | 4:12CV3134<br><br>ORDER |

    This matter is before the Court on the motion to dismiss defendant Nebraska Veterinary Services, LLC ("NVS") filed by plaintiff 1547990 Ontario Ltd ("Ontario"). Filing 14. Ontario has moved to dismiss NVS without prejudice and at Ontario's cost. Ontario's remaining causes of action against the other defendants remain pending.

    NVS has not yet been served. *See* filing 15. Pursuant to Fed. R. Civ. P. 41(a)(1)(A), Ontario may dismiss its action against NVS without the Court's approval.

    Accordingly,

IT IS ORDERED:

    1.    Defendant Nebraska Veterinary Services, LLC is dismissed from this case, without prejudice and at Ontario's cost.

Dated this 17th day of August, 2012.

BY THE COURT:

*John M. Gerrard*
John M. Gerrard
United States District Judge