IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| 1547990 ONTARIO LTD., a foreign corporation,<br><br>        Plaintiff,<br><br>vs.<br><br>CINCH, LLC, CENTRAL PLAINS MILLING, LLC, IHOG ENTERPRISES, LLC, and DENNIS NUTTELMAN,<br><br>        Defendants. | 4:12CV3134<br><br>ORDER |

    This matter is before the Court on the motion to dismiss filed by plaintiff 1547990 Ontario Ltd. ("Ontario"). Filing 18. Ontario has moved to dismiss all defendants, without prejudice and at Ontario's cost. The defendants have not yet been served. Pursuant to Fed. R. Civ. P. 41(a)(1)(A), Ontario may dismiss this action without the Court's approval.

    Accordingly,

    IT IS ORDERED:

    1.    This case is dismissed, without prejudice and at Ontario's cost; and

    2.    A separate judgment will be entered.

Dated this 28th day of August, 2012.

                                                BY THE COURT:

                                                John M. Gerrard
                                                United States District Judge